AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __LOUISIANA__

UNITED STATES OF AMERICA

V.

BENJAMIN FLORES-IBARRA

_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case  07-MG-6644

Upon motion of the __U.S. GOVERNMENT__, it is ORDERED that a detention hearing is set __5-31-07__ * at __3.00__
_Date_                                                     _Time_

before __UNITED STATES MAGISTRATE JUDGE JAMES D. KIRK__
_Name of Judicial Officer_

__U.S. DISTRICT COURT, 515 MURRAY STREET, THIRD FLOOR COURTROOM, ALEXANDRIA, LA.__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ & produced for the hearing.
_Other Custodial Official_

Date: __May 30, 2007__                         __U.S. MAGISTRATE JUDGE JAMES D. KIRK__

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.